# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

ARDELIS VARGAS,

    Plaintiff,

v.

TRANSUNION,

    Defendant.

Case No. 6:23-cv-1619-PGB-RMN

## ORDER

This cause comes before the Court for consideration without oral argument on Defendant's Motion to Stay (Dkt. 44), filed April 2, 2024. The motion is opposed, and the time to file a response has not passed. But Court does not require a response.

In its *Civil Discovery Handbook*, the Court advised litigants that the pendency of a dispositive motion will not justify a stay of discovery. *See* Middle District Discovery (2021) at 5. The Court recognizes, however, some circumstances may warrant a stay. *Id.*

In its motion, Defendant does not attempt to make a showing that this is one of those rare cases that warrant a stay of discovery and all case management deadlines. Without such a showing, the motion is denied.

- 2 -

Moving forward, counsel should familiarize themselves with the practices of this Court, including the materials available on the Court website such as the Court's *Civil Discovery Handbook*.

Accordingly, it is **ORDERED** that Defendant's Motion (Dkt. 44) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida, on April 2, 2024.

_____
ROBERT M. NORWAY
United States Magistrate Judge

Copies to:

Counsel of Record

Ardelis Vargas
2782 Madison Lane
Kissimmee, Florida 34744